# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC, GAS & ELECTRIC,<br><br>    Defendant. | Case No. 13-cv-02388 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 9 |

The parties filed a notice of settlement, requesting that the Court vacate or continue the deadlines in the case to enable them to finalize the settlement and file a request for dismissal. Dkt. No. 9. The Court grants the motion and continues the initial case management conference to September 25, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement by September 18, 2013. *See* Civil L.R. 16-9(a). Additionally, each party must file its consent or declination to the jurisdiction of a magistrate judge by September 18, 2013.

IT IS SO ORDERED.

Date: August 15, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge