1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

LARRY WILLIAMS,

        Plaintiff,

  v.

PACIFIC, GAS & ELECTRIC,

        Defendant.

Case No. 13-cv-02388 NC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 9

17      The parties filed a notice of settlement, requesting that the Court vacate or continue

18 the deadlines in the case to enable them to finalize the settlement and file a request for

19 dismissal.  Dkt. No. 9.  The Court grants the motion and continues the initial case

20 management conference to September 25, 2013 at 10:00 a.m. in Courtroom A, 15th Floor,

21 U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  The parties must

22 file a joint case management statement by September 18, 2013.  *See* Civil L.R. 16-9(a).

23 Additionally, each party must file its consent or declination to the jurisdiction of a

24 magistrate judge by September 18, 2013.

25      IT IS SO ORDERED.

26      Date: August 15, 2013

                                _____

27                               Nathanael M. Cousins
                              United States Magistrate Judge

28